IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CT-3135-BO

| | |
|---|---|
| STANLEY EARL CORBETT, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER GRANTING A |
| ) | DISCOVERY PERIOD |
| G.J. BRANKER, et al., ) | |
| ) | |
| Defendants. ) | |

THIS MATTER is before the Court on the motion of Plaintiff, STANLEY EARL CORBETT, for a ninety (90) day discovery period. The Court finds a discovery period is necessary to ensure adequate representation of the Plaintiff and that the Defendants do not object to a ninety (90) day discovery period.

It is hereby ORDERED that the parties shall have up to and including December 6, 2012 to engage in discovery. All motions of any nature shall be filed by Janury 7, 2013.

This the 13 day of Sept 2012.

WILLIAM A. WEBB
US MAGISTRATE JUDGE